THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Alvin B. Zellars, Petitioner,
v.
State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Charleston County
 G. Edward Welmaker, Circuit Court Judge

Memorandum Opinion No. 2011-MO-009
Submitted March 16, 2011  March 21, 2011  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Appellate Defender Elizabeth Franklin-Best, of South
 Carolina Commission on Indigent Defense, of Columbia, for Petitioner.  
Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Matthew Friedman, all of Columbia, for
 Respondent.  
 
 
 

PER CURIAM: We granted a writ of certiorari to review
 the denial of Petitioner's application for post-conviction relief (PCR).  We
 now dismiss the writ as improvidently granted.
 DISMISSED
 AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.